# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **ACC CONSTRUCTION CO., INC.,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **CASE NO. 07-379C** (Judge Baskir) |
| **UNITED STATES,** | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Steven L. Reed, admitted to the Bar of The United States Court of Federal Claims, as "of counsel" to the attorney of record, Karl Frederick Dix, for the Plaintiff, ACC Construction Co., Inc.

DATED this 31st day of August, 2007.

By: /s/ Karl F. Dix
Karl Frederick Dix
(404) 582-8038 Telephone
(404) 688-0671 Facsimile

By: /s/ Steven L. Reed
Steven L. Reed
(404) 582-8020 Telephone
(404) 688-0671 Facsimile

**SMITH, CURRIE & HANCOCK LLP**
2700 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, GA 30303-1227
(404) 521-3800 Telephone
(404) 688-0671 Facsimile