# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

ACC CONSTRUCTION CO., INC.

Plaintiff,

v.

UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * *

No. 07-379C
Filed: September 10, 2007
cc: Judge Baskir

**O R D E R**

The above-captioned case is a participating case in the United States Court of Federal Claims' Alternative Dispute Resolution (ADR) Automatic Referral Program and the undersigned is the ADR judge assigned to this case.

Therefore, the court, hereby, **SCHEDULES** an ADR meeting with the parties on **Friday, October 19, 2007, 12:30 p.m. E.S.T.,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (404) 521-3800 and defendant's counsel at (202) 305-3087. The parties should be prepared to discuss the possibility of resolving all or part of the above-captioned case via alternative means.

Pursuant to the Second Amended General Order No. 44, the parties shall execute and submit an ADR Confidentiality Agreement to the chambers of the undersigned judge on or before **Friday, October 5, 2007 at 12:00 p.m.** via facsimile no. (202) 357-6586. An example of the ADR Confidentiality Agreement is attached to General Order No. 44, and is located on the court's internet website at: http://www.uscfc.uscourts.gov/adr.htm. A copy of this order is being provided to the presiding judge.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**