**IN THE UNITED STATES
COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ACC CONSTRUCTION CO., INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CASE NO. 07-379C** |
| **v.** | ) | **(Judge Baskir)** |
| | ) | |
| **UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S MOTION TO TRANSFER CASE TO ARMED SERVICES BOARD OF CONTRACT APPEALS**

COMES NOW, Plaintiff, ACC Construction Co., Inc. ("ACC") by and through its undersigned counsel and files the following motion. ACC respectfully requests that this Honorable Court transfer this case to the Armed Services Board of Contract Appeals ("the Board") pursuant to the Court's authority under **41 U.S.C. § 609(d)**. The case before this Court is a contract claim that arises under or relates to Contract No. W9126G-05-C-0006 ("the Contract"). ACC has filed three (3) appeals before the Board and anticipates filing additional appeals before the Board. All of the appeals before the Board arise under or relate to the Contract. Accordingly, ACC seeks to have all of its claims under the Contract adjudicated in a consolidated manner before the Board.

DATED this 4th day of October, 2007.

By: /s/ Karl F. Dix
Karl Frederick Dix
(404) 582-8038 Telephone
(404) 688-0671 Facsimile

By: /s/ Steven L. Reed
Steven L. Reed
(404) 582-8020 Telephone
(404) 688-0671 Facsimile

**SMITH, CURRIE & HANCOCK LLP**
2700 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, GA 30303-1227
(404) 521-3800 Telephone
(404) 688-0671 Facsimile

## CERTIFICATE OF FILING

I hereby certify that on this 4th day of October, 2007, a copy of the foregoing "Plaintiff's Motion to Transfer Case to Armed Services Board of Contract Appeals" with attachments was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

/s/ Karl F. Dix
Karl Frederick Dix
404/582-8038 – Telephone
404/688-0671 – Fax

**SMITH, CURRIE & HANCOCK LLP**
2700 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303-1227
(404)521-3800 – Telephone
(404)688-0671 - Fax