**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ACC CONSTRUCTION COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-379C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR AN ENLARGEMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 25-day enlargement of time, to and including November 16, 2007, to file a response to plaintiff's motion to transfer. Our response is currently due on October 22, 2007. This is defendant's first request for an enlargement of time for this purpose. Defendant's counsel has spoken with plaintiff's counsel about this enlargement of time. Plaintiff's counsel stated that he does not oppose this enlargement.

The enlargement is requested for two reasons. First, counsel of record has attempted to contact counsel for the Army Corps of Engineers to discuss the motion and the Government's response but has not yet received a response to this inquiry. Second, the enlargement is requested

because of counsel of record's current workload, which includes a bid protest case in this Court, Weeks Marine, Inc. v. United States, No. 07-700C, in which cross-motions for judgment on the administrative record are due October 17, 2007, reply briefs due October 22, 2007, and oral argument will take place on October 24; oral argument in the Federal Circuit case of Musgrave v. United States, No. 2007-1306, on November 5, 2007; a response to the complaint in State Automobile Mutual Insurance Co. v. United States, No. 07-516, due on November 9, 2007; an ADR conference in this case on October 19, 2007; and discovery in the cases of Edge Construction Co. v. United States, No. 06-635, and Hoh River Timber Co. v. United States, No. 06-418.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time of 25 days, to and including November 16, 2007, within which to file a response to the plaintiff's motion to transfer.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s L. Misha Preheim
L. MISHA PREHEIM
Trial Attorney

Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-3087
Fax: (202) 305-1571

October 17, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 17th day of October 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ L. Misha Preheim