# In the United States Court of Federal Claims

Case No. 07-379C
(Filed: October 18, 2007)

*****************************************************
ACC CONSTRUCTION CO., INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

**ORDER**

The Defendant's first unopposed **Motion for a 25-day Enlargement of Time** filed October 17, 2007, to respond to the Plaintiff's Motion to Transfer is hereby **GRANTED**. **The Defendant's response is due no later than November 16, 2007.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge