# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | * |
| **ACC CONSTRUCTION CO., INC.** | * |
| **Plaintiff,** | * |
| **v.** | * **No. 07-379C** |
| | * **Filed: October 19, 2007** |
| **UNITED STATES,** | * **cc: Judge Baskir** |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * * | * |

**O R D E R**

The court is in receipt of the defendant's October 17, 2007, unopposed motion for an enlargement of time of 25 days, to and including November 16, 2007, within which to file a response to plaintiff's motion to transfer.

Therefore, the court hereby, **POSTPONES** the ADR telephone conference scheduled with the parties on Friday, October 19, 2007, 12:30 p.m. E.S.T. The status conference will be re-scheduled for a future date dependant upon the progress of the case. If a transfer is ordered or denied, the parties shall inform the undersigned.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**