IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ACC CONSTRUCTION CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 07-379C |
| v. | ) | (Judge Baskir) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**UPDATED APPENDIX OF EXHIBITS TO MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO TRANSFER CASE TO ARMED SERVICES BOARD OF CONTRACT APPEALS**

TAB A-1: (PREVIOUSLY FILED, ATTACHED TO THE COMPLAINT, NOT INCLUDED HERE) October 27, 2005 claim letter from the Plaintiff ("ACC") to the Government Contracting Officer ("CO") demanding an interpretation from the CO of the contract performance period.

TAB A-2: (PREVIOUSLY FILED, ATTACHED TO THE COMPLAINT, NOT INCLUDED HERE) November 21, 2005 letter from ACC to the CO further explaining the claim.

TAB A-3: (PREVIOUSLY FILED, ATTACHED TO THE COMPLAINT, NOT INCLUDED HERE) December 22, 2005 letter from ACC to the CO requesting a decision.

TAB A-4: (PREVIOUSLY FILED, ATTACHED TO THE COMPLAINT, NOT INCLUDED HERE) June 16, 2005 letter from the CO rendering a written decision on the claim.

TAB A-5: (PREVIOUSLY FILED, ATTACHED TO ORIGINAL MOTION, NOT INCLUDED HERE) Affidavit of Mason McKnight, III dated September 24, 2007.

TAB A-6: (PREVIOUSLY FILED, ATTACHED TO ORIGINAL MOTION, NOT INCLUDED HERE) Notice of Appeal filed with the Board by ACC on June 13, 2007 regarding the CO's Decision dated March 30, 2007 denying a claim in the amount of $33,198.99 and a 14-day time extension for increasing pile cap sizes and reconfiguring pile cap rebar.

TAB A-7: (PREVIOUSLY FILED, ATTACHED TO ORIGINAL MOTION, NOT INCLUDED HERE) Notice of Appeal filed with the Board by ACC on August 2, 2007 regarding the CO's Decision dated June 28, 2007 denying a claim in the amount of $249,743.52 and a 108-day time extension.

TAB A-8: (PREVIOUSLY FILED, ATTACHED TO ORIGINAL MOTION, NOT INCLUDED HERE) Notice of Appeal filed with the Board by ACC on August 29, 2007 regarding a claim letter dated June 11, 2007 demanding a 56-day time extension for weather delays.

TAB A-9: (PREVIOUSLY FILED, ATTACHED TO ORIGINAL MOTION, NOT INCLUDED HERE) Board's Notice of Docketing dated June 18, 2007 – ASBCA No. 56071.

TAB A-10: (PREVIOUSLY FILED, ATTACHED TO ORIGINAL MOTION, NOT INCLUDED HERE) Board's Notice of Docketing dated August 7, 2007 – ASBCA No. 56125.

TAB A-11: (PREVIOUSLY FILED, ATTACHED TO ORIGINAL MOTION, NOT INCLUDED HERE) Board's Notice of Docketing dated September 4, 2007 – ASBCA No. 56155.

TAB A-12: (PREVIOUSLY FILED, ATTACHED TO ORIGINAL MOTION, NOT INCLUDED HERE) Complaint filed by ACC on July 12, 2007 on ASBCA No. 56071.

TAB A-13: (PREVIOUSLY FILED, ATTACHED TO ORIGINAL MOTION, NOT INCLUDED HERE) Answer filed by the Government under a cover letter dated August 14, 2007 on ASBCA No. 56071.

TAB A-14: (PREVIOUSLY FILED, ATTACHED TO ORIGINAL MOTION, NOT INCLUDED HERE) Complaint filed by ACC on August 29, 2007 on ASBCA No. 56125.

TAB A-15: (PREVIOUSLY FILED, ATTACHED TO ORIGINAL MOTION, NOT INCLUDED HERE) Complaint filed by ACC on October 2, 2007 on ASBCA No. 56155.

TAB A-16: Letter from the Government dated July 12, 2007 enclosing a copy of the USACE indexed appeal assembly on ASBCA No. 56071, Appeal of ACC Construction Co., Contract No. W9126G-05-C-0006, England Air Park, Alexandria, Louisiana.

TAB A-17: Appellant's First Request to Respondent for Production of Documents dated August 16, 2007.

TAB A-18: Respondent's Response to Appellant's First Request for Production of Documents dated October 2, 2007.

TAB A-19: Appellant's Responses to Respondent's First Interrogatories and Respondent's First Document Production Requests dated October 26, 2007.

TAB A-20: Letter from ASBCA dated August 20, 2007 requesting the parties to advise it if they prefer oral hearing, submission on the record or ADR.

Tab A-21: Letter from the Government dated August 23, 2007 requesting an oral hearing.

Tab A-22: Letter from counsel for ACC dated August 30, 2007 requesting an oral hearing.

Tab A-23: Respondent United States Corps of Engineer's Answer dated October 4, 2007.

Tab A-24: Letter from the Government dated October 10, 2007 enclosing copy of the USACE's indexed appeal on ASBCA No. 56125, Appeal of ACC Construction Co., Contract No. W9126GT-05-C-0006, England Air Park, Alexandria, Louisiana.

Tab A-25: Government's Answer to Appellant's Complaint dated November 6, 2007.

Tab A-26: Letter from the Government dated October 31, 2007 enclosing copy of the USACE's indexed appeal pertaining to ASBCA No. 56155, Appeal of ACC Construction, Contract No. W9126G-05-C-0006, England Air Park, Alexandria, LA.

Tab A-27: November 9, 2007 letter from ASBCA requesting parties to advise it if they prefer oral hearing, submission on the record or ADR.

Tab A-28: Notice of Docketing received from the ASBCA dated November 5, 2007.

Tab A-29: Appearance notice of agency counsel dated November 13, 2007.