IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ACC CONSTRUCTION COMPANY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-379C |
| | ) | (Judge Baskir) |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE LATE RESPONSE**

**COMES NOW,** Plaintiff, ACC Construction Co., Inc. ("ACC") by and through its undersigned counsel and files the following Motion. ACC respectfully requests that this Honorable Court allow the attached Reply Brief in Opposition to Defendant's Motion to Consolidate and in Further Support of Plaintiff's Motion to Transfer (Court Document 17, "Reply Brief") to be filed one (1) day late. On November 16, 2007, the Defendant filed Defendant's Motion to Consolidate and Opposition to Plaintiff's Motion to Transfer (Court Document 16). RCFC 7.2(a) requires that responses to written motions be filed within 14 days after service of the motion. That time period expired on December 3, 2007. ACC filed its Reply Brief on December 4, 2007, which is one (1) business day after December 3, 2007.

Plaintiff's counsel has no particular excuse for the late filing but simply asks the Court for leeway in this instance. By way of explanation, we offer the following. We contacted Defendant's counsel, who has no objection to the late filing. The Thanksgiving holidays occurred during the period of time in question. Further, counsel for ACC (Steven L. Reed) is preparing to open a Washington, D.C., office for Smith, Currie & Hancock LLP. As a consequence, Mr. Reed, who resides in Virginia is moving from rural Virginia to Northern Virginia and closed a residential real estate transaction on November 28, 2007. Mr. Reed is in the process of moving his household and temporary office. He has case files in his temporary Virginia office and in the firm's Atlanta office. Mr. Reed drafted the Reply Brief while in Virginia but traveled to Atlanta and consulted files in Atlanta on December 3, 2007. The Reply Brief was not filed on December 3, 2007, when finalized, because internet service in the Atlanta area was intermittently interrupted. Today, December 4, 2007, the PACER system has been inoperative at times. We believe that these factors mitigate the one day late filing. We appreciate any consideration the Court may provide in this matter.

Dated this 4th day of December, 2007.

By: /s/ Karl Frederick Dix
Karl Frederick Dix
(404) 582-8038 Telephone
(404) 688-0671 Facsimile

By: /s/ Steven L. Reed
Steven L. Reed
(404) 582-8020 Telephone
(404) 688-0671 Facsimile

**SMITH, CURRIE & HANCOCK LLP**
2700 Marquis One Tower
245 Peachtree Center Ave., N.E.
Atlanta, GA 30303-1227
(404) 521-3800 Telephone
(404) 688-0671 Facsimile

## CERTIFICATE OF FILING

I hereby certify that on the 4th day of December, 2007, a copy of the foregoing *Plaintiff's Motion for Leave of Court to File Late Response* was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

/s/ Karl F. Dix
Karl Frederick Dix
404/582-8038 – Telephone
404/688-0671 – Fax

**SMITH, CURRIE & HANCOCK LLP**
2700 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303-1227
(404)521-3800 (Telephone)
(404)688-0671 - Fax