IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ACC CONSTRUCTION COMPANY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-379C |
| | ) | (Judge Baskir) |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

**REQUEST FOR ORAL ARGUMENT IN SUPPORT OF PLAINTIFF'S MOTION TO TRANSFER**

**COMES NOW,** Plaintiff, ACC Construction Co., Inc. ("ACC") by and through its undersigned counsel, requests that the Court hear oral argument in this matter. We recognize, pursuant to Judge Baskir's Special Procedure Order, ¶ 13, that oral argument is at the discretion of the Court. We believe that oral argument will facilitate the resolution of this motion, in particular, it will further explain the Plaintiff's intent and timing of its filing of the underlying action before the Court and the appeals before the ASBCA. Oral argument is also appropriate to ensure that the parties adequately explain the status and progress of the Board appeals. As only the Complaint has been filed in this proceeding, the substantial progress made in processing the appeals at the Board together with a consideration of the Plaintiff's election of forums may be elucidated and benefited by oral argument.

Respectfully submitted this 31st day of December, 2007.

By: /s/ Karl Frederick Dix____________
Karl Frederick Dix
(404) 582-8038 Telephone
(404) 688-0671 Facsimile

By: /s/ Steven L. Reed________
Steven L. Reed
(404) 582-8020 Telephone
(404) 688-0671 Facsimile

**SMITH, CURRIE & HANCOCK LLP**
2700 Marquis One Tower
245 Peachtree Center Ave., N.E.
Atlanta, GA 30303-1227
(404) 521-3800 Telephone
(404) 688-0671 Facsimile

## CERTIFICATE OF FILING

I hereby certify that on the 31st day of December, 2007, a copy of the foregoing *Request for Oral Argument in Support of Plaintiff's Motion to Transfer* was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

/s/ Karl F. Dix
Karl Frederick Dix
404/582-8038 – Telephone
404/688-0671 – Fax

**SMITH, CURRIE & HANCOCK LLP**
2700 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303-1227
(404)521-3800 (Telephone)
(404)688-0671 - Fax