IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ACC CONSTRUCTION COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-379C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO PLAINTIFF'S
REQUEST FOR ORAL ARGUMENT

Defendant, the United States, respectfully submits this response to plaintiff ACC Construction Company, Inc.'s ("ACC") request for oral argument. For the following reasons, defendant does not believe that oral argument is warranted with respect to the motion to transfer and motion to consolidate.

In its request, ACC states that oral argument will allow it to "further explain the Plaintiff's intent and timing of its filing." ACC also states that oral argument will allow it to "explain the status and progress of the Board appeals." In its original motion to consolidate and its reply brief, ACC had an opportunity to explain its intent and the timing of the filing of its complaint in this Court. ACC also set forth the status and progress of the appeals before the Armed Services Board of Contract Appeals. Defendant fails to understand how oral argument will elicit any additional information

of value to the Court and, indeed, ACC does not specify what additional information it expects to provide and why that information needs to be provided through oral argument.

In sum, ACC has not provided any persuasive basis for denying our motion to consolidate or for granting its motion to transfer and it fails to adequately explain why oral argument will assist the Court in deciding those motions.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s L. Misha Preheim
L. MISHA PREHEIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-3087
Fax: (202) 305-1571

January 17, 2008

Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on this 17th day of January 2008, a copy of the foregoing "DEFENDANT'S RESPONSE TO REQUEST FOR ORAL ARGUMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ L. Misha Preheim